BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
RAYMOND E. PATRICCO, DISTRICT OF COLUMBIA STATE BAR NO. 454792
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

U.S. COURTS

MAY 15 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ENRIQUE ANTIMO-JASSO,<br><br>Defendant. | Case No. CR 19-0168-S DCN<br><br>**INDICTMENT**<br><br>8 U.S.C. § 1326(a) & (b) |

The Grand Jury charges:

### COUNT ONE

**Deported Alien Found in the United States**
**8 U.S.C. § 1326(a) & (b)**

On or about May 7, 2019, in the District of Idaho, the defendant, ENRIQUE ANTIMO-JASSO, an alien, was found in the United States, to wit: Elmore County, Idaho, after having been previously removed from the United States to Mexico on or about March 30, 2000, at or near El Paso, Texas, the said defendant having not obtained the consent of the Secretary of the

INDICTMENT - 1

Department of Homeland Security for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) & (b).

Dated this 14 day of May, 2019.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
RAYMOND E. PATRICCO
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 2